

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00735-CV

José S. **FAJARDO**,
Appellant

v.

**RAFCO LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV05195
Honorable Jason Wolff, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of court for this appeal are taxed against José S. Fajardo.

SIGNED December 5, 2018.

_____
Patricia O. Alvarez, Justice